UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL SOTO,<br><br>             Plaintiff,<br><br>     v.<br><br>LOS ANGELES SHERIFF'S DEPARTMENT, COUNTY OF LOS ANGELES, STEPHEN KATZ; MICHAEL VALENTO, MARK LILLIENFELD, CYNTHIA VALENCIA, AND DANIEL ROSENBERG, and UNIDENTIFIED EMPLOYEES of the COUNTY OF LOS ANGELES and THE LOS ANGELES SHERIFF'S DEPARTMENT,<br><br>             Defendants. | Case No.  2:24-cv-10966-JGB-DTBx<br><br><br>**ORDER CONTINUING HEARING DATE FOR DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

-1-

Based upon the stipulation of the Parties, and for good cause shown, the Court hereby ORDERS the following: The hearing on Defendants' Motion for Judgment on the Pleadings is hereby continued to June 22, 2026, at 9:00 am.  Any opposition by Plaintiff shall be due by Tuesday, May 26, 2026.  Any reply by Defendants shall be due by Monday, June 8, 2026.

**IT IS SO ORDERED.**

Dated: <u>May 21, 2026</u>    _____

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE